# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| Kishana Mighty,<br><br>      Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC,<br>a Georgia limited liability company, and<br>WebBank Corporation,<br>a foreign corporation,<br><br>      Defendants. | Case No.: 1:20-cv-00107-B |

## JOINT STIPULATION OF DISMISSAL OF WEBBANK WITH PREJUDICE

COMES NOW Plaintiff Kishana Mighty and Defendant WebBank, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), who jointly stipulate that WebBank should be dismissed from this action, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 8, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew J. Landreau* (with permission)<br>Matthew J. Landreau<br>Credit Repair Lawyers of America<br>22142 West Nine Mile Road<br>Southfield, MI 48033<br>Email: matt@crlam.com<br><br>*Counsel for Plaintiff* | /s/ *Cortlin L. Bond*<br>Cortlin Lee Bond<br>Sarah Elizabeth Merkle<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 5th Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 521-8000<br>Email: cbond@bradley.com<br>smerkle@bradley.com<br><br>*Counsel for WebBank* |

## **CERTIFICATE OF SERVICE**

I certify that on June 8, 2020, I electronically filed the foregoing paper with the Clerk of the Court using CM/ECF, which will electronically send notice of same to the following counsel of record:

| | |
|---|---|
| Matthew J. Landreau<br>Credit Repair Lawyers of America<br>22142 West Nine Mile Road<br>Southfield, MI 48033<br>Email: matt@crlam.com<br><br>*Counsel for Plaintiff* | Cortlin Lee Bond<br>Sarah Elizabeth Merkle<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 5th Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 521-8000<br>Email: cbond@bradley.com<br>smerkle@bradley.com<br><br>*Counsel for WebBank* |