IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KISHANA MIGHTY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 20-00107-B |
| | * |
| **WEBBANK,** | * |
| | * |
| Defendant. | * |

### ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 13). Fed. R. Civ. P. 41(a) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or by filing a stipulation of dismissal signed by all parties who have appeared.  Given that all remaining parties have stipulated to the dismissal of this action, this action is hereby dismissed with prejudice, with each party to bear its own costs.

**DONE** this **12th** day of **June, 2020.**

                                              **/s/ SONJA F. BIVINS**
                                   **UNITED STATES MAGISTRATE JUDGE**